**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                 No. 4:18-cr-00254-JM-2

DARRIUS WHITE                                                 DEFENDANT

**ORDER**

The parties have filed an Agreement to Dismiss and Waiver of Any Claims which has been signed by counsel and Mr. White.   Doc. No. 77.   The request to dismiss the indictment is granted, and the indictment against Mr. White is hereby dismissed.

IT IS SO ORDERED this 4th day of September, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE